## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UC ACQUISITION CORP., doing business as UNICARE, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 3:11-cv-443-MEF (WO—Do not publish) |
| v. | ) ) ) | |
| SALEM NURSING & REHAB CENTER OF TUSKEGEE, INC., | ) ) ) | |
| Defendant. | ) | |

### FINAL JUDGMENT

Consistent with prior proceedings, previous orders, and the hearing on damages held on February 22, 2012, it is hereby ORDERED and ADJUDGED that judgment is ENTERED against Salem Nursing in the amount of $181,918.61. The Clerk of the Court is DIRECTED to enter this as a final judgment on the record under Rule 58 of the *Federal Rules of Civil Procedure*.

DONE this the 22nd day of February, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE